**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:13-cv-02249-WYD-MJW

JANET DAVIS,

     Plaintiff,

v.

PRK WILLIAMS INC., d/b/a To the Rescue,

     Defendant.

---

**ENTRY OF APPEARANCE AS ATTORNEY OF RECORD**

---

     Now Comes Karen O'Connor of the law firm of Bachus & Schanker, LLC and pursuant to D.C. Colo. L. Civ.R. 11.1 A, hereby enters her appearance as attorney for all named plaintiffs.

Dated: September 16, 2013       */s/ Karen O'Connor*
                                                       Karen O' Connor
                                                       BACHUS & SCHANKER, L.L.C.
                                                       1800 Wynkoop, Ste 700
                                                       Denver, Colorado 80202
                                                       Phone: (303) 893-9800
                                                       Fax: (303) 893-9900
                                                       *Attorney for Plaintiff*