IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    13-cv-02249-WYD-MJW

JANET DAVIS,

    Plaintiff,

v.

PRK WILLIAMS INC., d/b/a To The Rescue,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal (ECF No. 20).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulation of Dismissal (ECF No. 20) is **APPROVED.**   This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney's fees and costs.

Dated:   April 1, 2014

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE